UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ROGERS,<br><br>                        Plaintiff,<br><br>    -against-<br><br>BEYONCE G. KNOWLES CARTER;<br>PARKWOOD ENTERTAINMENT;<br>TIBERIUS CHISLOM STRYKER,<br><br>                        Defendants. | 24-cv-6253(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 07, 2024, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 14, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge